Writ of Error to Circuit Court, Alachua County, James T. Wills, Judge.

No appearance for the plaintiff in error;

W. H. Ellis, Attorney General, for the defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General, counsel for the defendant in error.

———

William Thomas, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc, November 24, 1908.)

Writ of Error to Circuit Court, Alachua County; James T. Wills, Judge.

No appearance for the plaintiff in error;

W. H. Ellis, Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General, counsel for the defendant in error.